CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

OCT 18 2006

JOHN F. CORCORAN, CLERK
BY: /s/ J. Bright
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WESLEY RAY DANYSH, ) | |
|     Plaintiff, ) | Civil Action No. 7:06-cv-00596 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| S.W.V.R.J. PROGRAMS TECH, et al., ) | By: Samuel G. Wilson |
|     Defendants. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1); all other pending motions are hereby **DENIED** as **MOOT**; and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and counsel of record for the defendant, if known.

ENTER: This 18th day of October, 2006.

/s/ Samuel G. Wilson
United States District Judge

Dockets.Justia.com